IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DAVID GEORGE WISEMAN ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:02CV00064 |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | By: Samuel G. Wilson |
| of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered awarding Rosalie Pemberton Fessier, Esq. an attorney fee in the amount of $5,905.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Objections to the report and recommendation have not been filed, and the court is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that Rosalie Pemberton Fessier, Esq. be awarded an attorney fee in the amount of $5,905.00.

ENTER: This October 4th, 2005.

_____
UNITED STATES DISTRICT JUDGE